In re Barbara Babin; Cavataio, Michael J.; Favaloro, David J.; Griffith, Gerald J.; Harris, Jackson S., Sr.; Higbee, Eugene F., Jr.; Hirstius, Richard; Huner, Eldon; Jee, Jason B.; Klumpp, John C., Jr.; McDonald, Brian Charles; McRaney, Jerry; Odom, Johnny P.; Savage, Michael William; Smyth, Mark; Stebbins, Joseph; Trainor, Pat; Treadaway, Eric J.; Treadaway, W. Ray; Willis, Terry J.; Willis, Larry G.; Wong, Joseph K;— Plaintiff(s); applying for writ of certiorari and/or review; Parish of Orleans, Civil District Court, Div. “C”, No. 93-4978; to the Court of Appeal, Fourth Circuit, No. 93CA-2499.
Denied.
DENNIS, J., nut on panel.